# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

BILLY JOE DAVIS, JR.                                                                                          PLAINTIFF

v.                                          5:14CV000454-JM-JTK

BOLDEN, et al.                                                                                              DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. The Court has reviewed those proposed findings and recommendations, the timely objections received thereto, and made a <u>de novo</u> review of the record. It appears from his objections that Plaintiff is now claiming that Defendants Bolden, Tyler and Adams failed to ensure that Plaintiff receive proper medical care. Although Plaintiff was previously allowed to amend his Complaint and failed to do so, the Court will construe these objections as a supplement to his complaint. In light of these new allegations, the Court declines to adopt the Partial Proposed Findings and Recommendations. Accordingly,

IT IS, THEREFORE, ORDERED that the Partial Proposed Findings and Recommendations [4] are DENIED.

IT IS SO ORDERED this 2nd day of March, 2015.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE